AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 0 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 20-8034-1-MJ |
| | ) | |
| John Michael Caruso | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* John Michael Caruso,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  X Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud and money laundering in violation of 18 U.S.C. § 371.

Date: Jan 29, 2020

*Issuing officer's signature*

City and state: Phoenix, Arizona

John Z. Boyle, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/29/2020, and the person was arrested on *(date)* 1/30/2020
at *(city and state)* Scottsdale, AZ.

Date: 1/31/2020

by _____
*Arresting officer's signature*

arrested by Secret Service

*Printed name and title*