Barry Mitchell (#013975)
Barry@mscclaw.com
Molly Brizgys (#029216)
Molly@mscclaw.com
MITCHELL | STEIN | CAREY | CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
Telephone: (602) 358-0293
Facsimile: (602) 358-0291
Attorneys for John Caruso Jr.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | CR-20-8034MJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **NOTICE OF LIMITED APPEARANCE** |
| v. | ) | **OF COUNSEL** |
| | ) | |
| Caruso, et al, | ) | |
| Defendants. | ) | |

  The law firm of Mitchell Stein Carey Chapman, PC, enters its notice of appearance on behalf of Defendant John Caruso Jr. in the above-captioned matter for the limited purpose of appearing on behalf of Mr. Caruso at the Preliminary Hearing and Detention Hearing scheduled for February 7, 2020.

  RESPECTFULLY SUBMITTED on February 5, 2020.

        MITCHELL | STEIN | CAREY | CHAPMAN, PC


        By: *s:/ Barry Mitchell*
          Barry Mitchell
          Molly Brizgys
          Attorneys for John Caruso Jr.

//

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing documents to the following non-CM/ECF participants:

N/A

_s:/ Jennifer Runyon_